■ In the Matter of MICHAEL BRANIGAN, Appellant, v HOWARD SAFIR, as Police Commissioner of City of New York, et al., Respondents. [701 NYS2d 900] —Judgment, Supreme Court, New York County (Helen Freedman, J.), entered on or about July

19, 1999, which denied petitioner's application to annul respondents' determination terminating petitioner's employment as a probationary police officer, and dismissed the petition, unanimously affirmed, without costs.

For the reasons stated in *Matter of Williams v Safir* (265 AD2d 182), we reject petitioner's argument that because of McKinney's Unconsolidated Laws of NY § 891 (L 1940, ch 834), he could not be terminated without a hearing. Concur—Nardelli, J. P., Rubin, Andrias, Buckley and Friedman, JJ.